200 So. 554

## Paul DANIEL v. Henry CARTER.

### 4 Div. 191.

Supreme Court of Alabama.

Feb. 20, 1941.

Wilkerson & Brannen, of Troy, for appellant.

John C. Walters, of Troy, for appellee.

BROWN, Justice.

This and the case of Paul Daniel v. Sanford Jones, 200 So. 551,[1] were tried at the same time before the same jury and rest upon the same testimony. The questions presented on this appeal are identical with the questions presented in the Jones case.

The judgment in this case is reversed and the cause remanded on the authority of the opinion in the Jones case, this day decided.

Reversed and remanded.

GARDNER, C. J., and THOMAS and FOSTER, JJ., concur.